UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:24-cr-00343-SRC-1 |
| | ) | |
| SAMUEL DAVIS, | ) | |
| | ) | |
| Defendant. | ) | |

**<u>Order Setting Sentencing</u>**

On July 23, 2026, at 1:30 p.m., the Court will hold sentencing in Courtroom 14-North. This sentencing date is <u>firm</u>, and the Court will **not** continue it without a compelling reason. Sentencing-related deadlines are set forth in the Court's April 11, 2025 Administrative Order regarding sentencing procedures.  Failure to follow those deadlines may result in adverse consequences, including without limitation the Court's not considering untimely-filed materials and sanctions.

If a party must seek a continuance, that party must file a motion as far in advance of sentencing as possible but no later than 10 days before the hearing, unless the grounds for the continuance could not have been known at that time.  Belated requests for continuances inconvenience numerous people, including witnesses, victims, court personnel, attorneys, and others, and hinder the Court's scheduling of other matters.  Failure to comply with this Order may result in denial of the motion.

In addition, the Court gives notice that in connection with sentencing, it may consider information provided by the United States Sentencing Commission, including its Judiciary

Sentencing INformation (JSIN) data for the applicable guideline, total offense level, and criminal history category.  JSIN data is available at https://jsin.ussc.gov/analytics/saw.dll?Dashboard.

So ordered this 13th day of March 2026.

STEPHEN R. CLARK
CHIEF UNITED STATES DISTRICT JUDGE

2